IN THE UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF ARKANSAS
EL DORADO DIVISION

UNITED STATES                                                                PLAINTIFF

V.                          NO. 1:09-CR-10011

EARNEST LEWIS                                                                DEFENDANT

### ORDER

Due to a medical emergency the United States Marshal's service is hereby directed to transport Earnest Lewis (USM#08587-010) from the Western District of Arkansas to the Southern District of New York (Westchester County Jail--Ward 29) for medical treatment. The defendant shall remain in the custody of the U. S. Marshal for the Western District of Arkansas and shall be returned to the Western District of Arkansas when the defendant is medically authorized to travel.

IT IS SO ORDERED this October 7, 2010.

/s/ J. Marschewski
HONORABLE JAMES R. MARSCHEWSKI
Chief United States Magistrate Judge

U. S. DISTRICT COURT
WESTERN DISTRICT ARKANSAS
FILED
OCT 07 2010
CHRIS R. JOHNSON, CLERK
BY          DEPUTY CLERK