IN THE UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF ARKANSAS
EL DORADO DIVISION

UNITED STATES OF AMERICA                                                        RESPONDENT

vs.                                        Case No. 1:09-CR-10011

ERNEST LEWIS                                                                           MOVANT

## ORDER

Before the Court is the Report and Recommendation filed September 16, 2014, by the Honorable Barry A. Bryant, United States Magistrate Judge for the Western District of Arkansas. ECF No. 55.  Judge Bryant recommends that Ernest Lewis's Motion to Vacate, Set Aside or Correct Sentence Pursuant 28 U.S.C. § 2255 (ECF No. 51) be denied and his petition dismissed.  Judge Bryant further recommends that any request for a certificate of appealability be denied.  No party has filed objections to the Report and Recommendation, and the time to object has passed.  *See* 28 U.S.C. § 636(b)(1)(C).  Upon review, the Court adopts the Report and Recommendation *in toto*.  Accordingly, Lewis's motion (ECF No. 51) is **DENIED** and his petition is **DISMISSED**.

**IT IS SO ORDERED**, this 3rd day of November, 2014.

/s/ Harry F. Barnes
Harry F. Barnes
United States District Judge